This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                    **No. A-1-CA-37606**

**FRANK J. STRATFORD,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Steven Blankenship, District Judge**

Hector H. Balderas, Attorney General
Eran Shemuel Sharon, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
John Charles Bennett, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** In response to this Court's notice of proposed disposition, Defendant filed a memorandum in opposition and motion to amend the docketing statement. We issued a second notice granting Defendant's motion to amend to consider the issue of whether Defendant's double jeopardy rights were violated. [CN 4-5] We proposed to conclude that the evidence was sufficient to support two convictions for aggravated assault—a count for each victim—but proposed to conclude that the evidence was insufficient to support a third conviction for negligent use of a deadly weapon based on the same conduct. [Id.] Accordingly, we proposed to reverse on the basis that Defendant's double jeopardy rights were violated. The State has filed a response informing this Court that it

will not be filing a memorandum in opposition to the second calendar notice. We therefore reverse and remand to the district court for proceedings consistent with our second calendar notice.

**{2}	IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**MEGAN P. DUFFY, Judge**